IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.  05-CV-199-EWN-OES

CONSUMER CRUSADE, INC., a Colorado corporation,

Plaintiff(s),

v.

GLACO, INC., a Tennessee corporation and
MARY GLASSCOCK; its Officer(s) and Director(s),

Defendant(s).

## MINUTE ORDER

ORDER ENTERED BY MAGISTRATE JUDGE O. EDWARD SCHLATTER

Plaintiff's Motion to Vacate Scheduling Conference is GRANTED.  The Scheduling Conference set for August 15, 2005, is VACATED.  Counsel are directed to contact the Court at (303)844-4507 to obtain a new date for the Scheduling Conference.