**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No.  05-cv-00199-EWN-OES

CONSUMER CRUSADE, INC., a Colorado corporation,

Plaintiff,

v.

GLACO, INC., a Tennessee corporation and
MARY GLASSCOCK; its Officer(s) and Director(s),

Defendant(s).

---

**ORDER**

---

      THIS MATTER having come before this Honorable Court upon plaintiff's MOTION TO DISMISS PARTIES and the Court being fully advised in the premises;

      IT IS HEREBY ORDERED, that defendant, Mary Glasscock be dismissed as a party to this action.

Dated: August 10, 2005                  BY THE COURT

                                                              s/Edward W. Nottingham
                                                              U.S. District Court Judge