**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No.  05-cv-00199-EWN-OES

CONSUMER CRUSADE, INC., a Colorado corporation,

    Plaintiff,

v.

GLACO, INC., a Tennessee corporation and
MARY GLASSCOCK; its Officer(s) and Director(s),

    Defendant(s).

## ORDER

    THIS MATTER having come before this Honorable Court upon plaintiff's MOTION TO DISMISS PARTIES and the Court being fully advised in the premises;

    IT IS HEREBY ORDERED, that defendant, Glaco, Inc., a Tennessee corporation be dismissed as a party to this action.

Dated: September 7, 2005        BY THE COURT

                                      s/Edward W. Nottingham
                                      U.S. District Court Judge