IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Chief Judge Edward W. Nottingham**

Civil Action No. 05–cv–00199–EWN–OES

CONSUMER CRUSADE, INC., a Colorado corporation,

    Plaintiff,

v.

GLACO, INC., a Texas corporation and
PAUL GLASS; its Officer(s) and Director(s),

    Defendants.

---

## ORDER

---

This matter is before the court *sua sponte*. Plaintiff is the assignee of the claims of "numerous Colorado residents and businesses" against Defendants for alleged violations of the Telephone Consumer Protection Act ("TCPA"), 47 U.S.C. § 227. (*See* Am. Compl. [filed June 2, 2005].) Assigned TCPA claims are the only claims Plaintiff has brought. (*See id.*) However, TCPA claims are not assignable under Colorado law. *See U.S. Fax Law Ctr., Inc. v. iHire, Inc.*, 476 F.3d 1112, 1119–20 (10th Cir. 2007), *cert. denied* 128 S. Ct. 1062 (2008); *McKenna v. Oliver*, 159 P.3d 697, 700 (Colo. Ct. App. 2006), *cert. denied* No. 07SC23, 2007 WL 1181630 (Colo. Apr. 23, 2007). Thus, Plaintiff lacks standing to pursue such claims. *See iHire*, 476 F.3d at 1120; *see also Russell v. Fin. Capital Equities*, 158 F. App'x 953, 955–56 (10th Cir. 2005)

(affirming district court's *sua sponte* dismissal of claims for lack of standing).  Accordingly, I hereby dismiss Plaintiff's case.

Based on the foregoing, it is therefore ORDERED that:

> The clerk shall forthwith enter judgment in favor of Defendants and against Plaintiff, dismissing Plaintiff's claims without prejudice.

Dated this 27th day of March, 2008

BY THE COURT:


s/ Edward W. Nottingham
EDWARD W. NOTTINGHAM
Chief United States District Judge